IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, §§§§ | |
| Plaintiffs, §§ | |
| v. § | Case No. 3:20-cv-00301-X |
| SYNERGEN HEALTH, LLC §§§ | |
| Defendant. § | |

## ORDER FOR *IN-CAMERA* INSPECTION

Before the Court is Defendant Synergen Health, LLC's motion to compel the production of documents and testimony of Plaintiffs' corporate representative in response to certain questions over the instructions of Plaintiffs' counsel not to answer those questions on the basis of the attorney-client privilege and work-product doctrine. Mot. (ECF No. 71). The Court will conduct an *in-camera* inspection of the withheld documents identified on the privilege log attached to the Appendix to Defendants' Motion (pages 23–32 on of the Appendix) and the remaining portions of Plaintiffs' SIU files pertaining to investigations of the Next Health labs. Plaintiffs must submit the documents to the Court by **December 6, 2022**, together with evidence sufficient to demonstrate that any privilege or protection applies to these documents.

1

**SO ORDERED**.

November 18, 2022.

_____
HON. REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE