UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SYNERGEN HEALTH LLC, <br><br> Defendants. | Case No. 3:20-cv-00301-X |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, (collectively, "UHC") have manually filed a USB flash drive with materials supporting their response to Defendant's motion for summary judgment and supporting appendix. The documents on the USB flash drive have not been filed electronically because they are not of the appropriate format for CM/ECF and because they contain PHI ("protected health information"). UHC is not permitted to file PHI publicly on record. Defendant has received these files in discovery. The files being filed manually are:

- UHC000002168
- UHC000002169
- UHC000002174
- UHC000021481

1

Dated: November 21, 2022         Respectfully submitted,

By: */s/ Scott P. Kerew*
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Scott P. Kerew
skerew@ssmklaw.com
Adam J. Sinton
asinton@ssmklaw.com
Benjamin D. Van Horn
bvanhorn@ssmklaw.com
**SINTON, SCOTT, MINOCK & KEREW**
1525 Raleigh St., Suite 503
Denver, Colorado 80204
Telephone: (720) 738-9894

ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system under Local Rule 5.1(d), which will automatically send notification of such filing to all counsel of record.

*/s/Scott P Kerew*